

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00398-CV

_____

SORA INVESTMENTS, LLC, Appellant

V.

KELSY ERIN MELENDEZ, Appellee

---

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2023-002653-1

---

Before Sudderth, C.J.; Kerr and Walker, JJ.
Memorandum Opinion by Justice Walker

## MEMORANDUM OPINION

Appellant Sora Investments, LLC attempts to appeal from the trial court's May 17, 2024 final summary-judgment order. Generally, a notice of appeal must be filed within thirty days after the appealable judgment or order is signed. Tex. R. App. P. 26.1. This deadline is extended to ninety days if any party timely files a motion for new trial. Tex. R. App. P. 26.1(a)(1). The deadline for filing a notice of appeal is jurisdictional with this court and, absent a timely filed notice of appeal, we must dismiss the appeal. *Allstate Fire & Cas. Ins. Co. v. Dollard*, 679 S.W.3d 279, 282, 291 (Tex. App.—Fort Worth 2023, no pet.).

Appellant filed a motion for new trial on June 17, 2024, thus its notice of appeal was due on August 15, 2024.[1] *See* Tex. R. App. P. 26.1(a)(1). However, Appellant did not file its notice of appeal until September 3, 2024. Consequently, we notified Appellant of our concern that we lacked jurisdiction over the appeal and that the appeal may be dismissed unless Appellant or any party desiring to continue the appeal filed a response showing grounds for doing so. We received no response.

Because Appellant's notice of appeal was late and we have not been shown grounds for continuing the appeal, we dismiss it for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

---

[1]Appellant did not file a motion to extend its notice-of-appeal deadline, and the Rule 26.3 15-day grace period for doing so has expired. *See* Tex. R. App. P. 26.3.

/s/ Brian Walker

Brian Walker
Justice

Delivered:  October 10, 2024